# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ORLANDO GRIFFIN

NO. 2021 KW 1078

DECEMBER 6, 2021

---

In Re:    Orlando Griffin, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 060317.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**    Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict.  See La. Code Crim. P. art. 930.2.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT